

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS MORENO-GARIBAY,<br><br>    Defendant. | Case No.: 20-CR-0714-DMS<br><br>**ORDER AND JUDGMENT TO DISMISS THE INFORMATION** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: MARCH _19_, 2020.

_____
HONORABLE DANA M. SABRAW
United States District Judge